GATES, GONTER, GUY, PROUDFOOT & MUENCH, LLP
38 Discovery, Suite 200
Irvine, California 92618
Telephone: (949) 753-0255
Facsimile: (949) 753-0265
Electronic Service: eservice@g3pmlaw.com
Attorney: Matthew M. Proudfoot, SBN: 155988

Attorney for Defendant, FCA US LLC

BARRY LAW FIRM
11845 W. Olympic Blvd., Suite 1270
Los Angeles CA 90064
Telephone: (310) 684-5859
Facsimile: (310) 862-4539
Attorney: David Barry, Esq., SBN: 219230

Attorneys for Plaintiff, MELISSA HERMOSILLO

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA HERMOSILLO, an individual, | Case No: 2:24−cv−01903-DSF-E |
| Plaintiff, | Dist. Judge: Dale S. Fischer |
| | Mag. Judge: Charles F. Eick |
| vs. | Courtroom: 7D |
| FCA US LLC, a Delaware Limited Liability Company, and DOES 1 through 20, inclusive | **JOINT NOTICE OF SETTLEMENT** |
| Defendants. | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEY OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Melissa Hermosillo and Defendant FCA US LLC, (the "Parties"), jointly, write to advise this Court that they have settled this matter. The Parties request that the Court vacate any upcoming hearings and deadlines while performance of the settlement terms is pending.

///

///

Once all terms of the settlement are completed and payment is received by Plaintiffs and after payment of Plaintiffs' attorneys' fees, costs and expenses, to be determined by agreement of the Parties or by noticed motion, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice. The Parties expect to file the dismissal papers within 90 days.

Dated:  April 18, 2024                    **THE BARRY LAW FIRM**

                                          By: /s/ *David Barry*
                                          David Barry
                                          Attorneys for Plaintiff, MELISSA HERMOSILLO

Dated:  April 18, 2024                    **GATES, GONTER, GUY, PROUDFOOT & MUENCH, LLP**

                                          By: /s/ *Matthew M. Proudfoot*
                                          Matthew M. Proudfoot
                                          Attorneys for Defendant, FCA US LLC

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all Counsel of Record.

*/s/Heidi Dufour*
Heidi Dufour