JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA HERMOSILLO, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> FCA US LLC, a Delaware Limited Liability Company, and DOES 1 through 20, inclusive <br><br> Defendants. | Case No: 2:24−cv−01903-DSF-E <br> Dist. Judge: Dale S. Fischer <br> Mag. Judge: Charles F. Eick <br> Courtroom: 7D <br><br> **ORDER** |

The Joint Stipulation for Dismissal is approved. The entire action, including all claims stated herein against all parties, are hereby dismissed with prejudice.

**IT IS SO ORDERED**.

Date: June 25, 2025_____

_____
Honorable Dale S. Fischer
United States District Judge

1